UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　CASE NO.: 8:07-cr-198-T-23TBM

JABARI OLAVE
_____/

## ORDER

The United States moves (Doc. 41) pursuant to Rule 35(b), Federal Rules of Criminal Procedure, and 18 U.S.C. § 3553(e) to reduce the defendant's sentence. The motion is **GRANTED** and, because of the defendant's extensive and substantial assistance to the United States after his sentencing, the defendant's sentence is reduced to **eighty-four (84) months** (from offense level 27 to offense level 23, criminal history category V, at which the sentencing range is 84-105 months), which is a reasonable sentence and which is sufficient, but not greater than necessary, to achieve the purposes specified in 18 U.S.C. § 3553(a).

The defendant should be incarcerated at a facility other than USP Coleman. All other terms and conditions of the defendant's sentence remain unchanged.

ORDERED in Tampa, Florida, on _May 10th_, 2010.

_____
Steven D. Merryday
UNITED STATES DISTRICT JUDGE